No. 76–578.  Brannon *v.* United States.  C. A. 5th Cir. Certiorari denied.

No. 76–588.  Ruiz *v.* United States.  C. A. 5th Cir. Certiorari denied.

No. 76–611.  Fairbanks *v.* United States.  C. A. 10th Cir.  Certiorari denied.

No. 76–631.  Davis *v.* Burlington Northern, Inc.  C. A. 8th Cir.  Certiorari denied.

No. 76–5082.  Potts *v.* Bruce, Commissioner of Indian Affairs, et al.  C. A. 10th Cir.  Certiorari denied.

No. 76–5236.  Morgan *v.* Massey, Correctional Superintendent.  C. A. 5th Cir.  Certiorari denied.

No. 76–5241.  Neal *v.* Ken-Lu Enterprises, Inc.  Ct. App. N. C.  Certiorari denied.

No. 76–5278.  Hufford et al. *v.* United States.  C. A. 9th Cir.  Certiorari denied.

No. 76–5280.  Harris *v.* Illinois.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 76–5281.  Hammers *v.* Illinois.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 76–5299.  Chandler *v.* North Carolina.  Sup. Ct. N. C.  Certiorari denied.

No. 76–5351.  Grigsby *v.* United States.  C. A. 9th Cir. Certiorari denied.